UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MATT CAFISO and SUSAN CAFISO,

    Plaintiff,                                 CASE NO.:  3:17-cv-135-J-25PDB

-VS-

LEASE FINANCE GROUP LLC.

    Defendant.

## NOTICE OF PENDING SETTLEMENT

Plaintiffs, MATT CAFISO and SUSAN CAFISO, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiffs, MATT CAFISO and SUSAN CAFISO, and Defendant, LEASE FINANCE GROUP LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    /s/Frank H. Kerney, III, Esquire
    Frank H. Kerney, III, Esquire
    Florida Bar #: 88672
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile:  (813) 223-5402
    fkerney@forthepeople.com
    jkneeland@forthepeople.com
    cfallara@forthepeople.com
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, the foregoing document was served on the following parties or their counsel of record via the Court's CM/ECF Electronic Notice System: Justin Bennett, Burr & Foreman, LLP, 201 N. Franklin Street, Suite 3200, Tampa, FL 33602 (jbennett@burr.com; dmorse@burr.com); Daniel P. Dietrich, Burr & Foreman, LLP, 201 North Franklin Street, Suite 3200, Tampa, FL 33602 (ddietrich@burr.com; dwhite@burr.com); Joseph Sussman, Joseph I. Sussman, P.C., 333 Pearsall Ave, Suite 205, Cedarhurst, NY 11516.

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.