UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MATT CAFISO** and **SUSAN CAFISO**,

    Plaintiffs,

v.                                        CASE NO.   3:17-cv-135-J-25PDB

**LEASE FINANCE GROUP, LLC**,

    Defendant.

---

## O R D E R

Upon consideration of the Notice of Pending Settlement (Dkt. 16), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED** and **ADJUDGED**:

1. That this case is hereby **DISMISSED** subject to the right of any party to move the Court within sixty (60) days hereof to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen this case for further proceedings.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of May, 2017.

*[signature]*

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record